UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Plaintiff,

vs.

SCCY INDUSTRIES, LLC (SKYY IND.) CPX-1 Pistol CAL:9 SN:100643 (26-ATF-011787) and 11 Rounds UNKNOWN Ammunition CAL:9 (26-ATF-011789),

Defendants *in rem*.

Case No. 2:26-cv-13548
Honorable:
Mag. Judge:

---

**Complaint for Forfeiture**

---

Plaintiff, the United States of America, by and through Jerome F. Gorgon Jr., United States Attorney for the Eastern District of Michigan, and Zachary Kitzmiller, Assistant United States Attorney, states the following in support of this Complaint for Forfeiture:

**<u>Jurisdiction and Venue</u>**

1. This is an *in rem* civil forfeiture action pursuant to 18 U.S.C. § 924(d), resulting from a violation or violations of 18 U.S.C. § 922(g).

2. This Court has original jurisdiction over this forfeiture action under 28 U.S.C. § 1345 because this action is being commenced by the United States of America as Plaintiff.

3. This Court has jurisdiction over this forfeiture action under 28 U.S.C. § 1355(b)(1)(A) and (B) because the acts giving rise to the forfeiture occurred in the Eastern District of Michigan and because the property was found in this district.

4. Venue is proper before this Court under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to this action occurred in the Eastern District of Michigan.

5. Venue is also proper before this Court under 28 U.S.C. § 1395(b) because the Defendants *in rem* were found and seized in the Eastern District of Michigan.

## Defendants *in rem*

6. The Defendants *in rem* consist of the following: SCCY INDUSTRIES, LLC (SKYY IND.) CPX-1 Pistol CAL:9 SN:100643 (26-ATF-011787) and 11 Rounds UNKNOWN Ammunition CAL:9 (26-ATF-011789).

7. Members of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") seized the Defendants *in rem* on or about March 10, 2026.

8. The Defendants *in rem* are currently in the custody of ATF.

## Statutory Basis for Civil Forfeiture

9. Title 18 United States Code, Section 924(d) authorizes the civil forfeiture of the following:

> (1) any firearm or ammunition involved in or used in any knowing violation of subsection (a)(4), (a)(6), (f), (g), (h), (i), (j), or (k) of section 922…or any violation of any other criminal law of the United States, or any firearm or ammunition intended to be used in any offense referred to in paragraph (3) of this subsection…

## Factual Basis in Support of Forfeiture

10. The Defendants in rem were involved in a knowing violation or violations of 18 U.S.C. § 922(g)(1) and are therefore subject to federal forfeiture pursuant to 18 U.S.C. § 924(d). Evidence supporting forfeiture includes, but is not limited to, the following:

a. On March 6, 2026, ATF developed probable cause to obtain a search warrant at the residence of Sonja Settles, XXX E. Bishop, in Flint, Michigan.

b. On March 10, 2026, agents executed the federal residential search warrant at XXX E. Bishop, in Flint, Michigan—a three - bedroom home.

c. Ammunition, magazines, and two firearms were also recovered, including the Defendants *in rem*, which were discovered in the Southeast and Southwest bedrooms of the home.

d. During the search, agents discovered one Glock Pistol, Model 19X, Caliber: 9mm, SN: AFEB070. Found Southeast Bedroom-Top Dresser Drawer by SA Sutton.

e. Agents also found SCCY Pistol, Model: CPX-1, Caliber: 9mm, SN: 100643 and 11 Rounds UNKNOWN Ammunition CAL:9. Found in Southwest Bedroom under pile of clothes by SA Sutton (Defendants *in rem*).

f. There were two adults present during the search of the residence—Sonja Settles and Jaquan Shamar Varner-Settles.

g. Jaquan Varner-Settles is Sonja Settles' son.

h. During the search, Jaquan Varner-Settles indicated that the Southeast Bedroom—which contained the Glock—was where he resided.

i. ATF reviewed Sonja Settle's criminal history, which was obtained from the National Law Enforcement Telecommunications System (NLETS) and observed felony convictions.

j. The case was referred to the United States' Attorney's Office, Eastern District of Michigan, for consideration of federal prosecution.

k. Sonja Settles is a felon and is therefore prohibited from possessing a firearm or ammunition under 18 U.S.C. § 922(g).

**Claim for Relief**

11. Plaintiff realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

12. The Defendants *in rem* are forfeitable to the United States of America under 18 U.S.C. § 924(d) because they were involved in a knowing violation or violations of 18 U.S.C. § 922(g)(1).

**Conclusion and Relief**

Plaintiff respectfully requests that this Court issue a warrant for arrest of the Defendant *in rem*; that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed; that judgment be entered declaring the Defendants *in rem* condemned and forfeited to the United States for disposition according to law; and, that the United States be granted such further relief as this Court may deem just and proper, together with costs and disbursements of this action.

//

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

S/ Zachary A. Kitzmiller
Zachary A. Kitzmiller (P87845)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-0210
Zachary.Kitzmiller@usdoj.gov

Dated: September 18, 2026

## VERIFICATION

I, Gregory A. Lotoczky, state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives. I have read the foregoing Complaint for Forfeiture and declare under penalty of perjury that the facts contained therein are true and correct based upon knowledge possessed by me and/or upon information received from other law enforcement agents.

SA Gregory A. Lotoczky, ATF

Dated: September 18, 2026